James Jeffery CARON and Spellbinders Paper Arts Company, LLC, Plaintiffs–Appellants,

v.

LIFESTYLE CRAFTS, LLC, Defendant–Appellee,

and

Quickutz, Inc., Defendant–Appellee.

Nos. 2013–1081, 2013–1115.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2013.

Timothy Berg, Fennemore Craig, P.C., of Phoenix, AZ, argued for plaintiffs-appellants. With him on the brief was Susan E. Chetlin.

Jared L. Cherry, Phillips Ryther & Winchester, LLC, of Salt Lake City, UT, argued for defendant-appellee, Quickutz, Inc. With him on the brief were Gregory D. Phillips and Matthew D. Thayne.

RADER, Chief Judge, LOURIE, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**